UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD WITVOET, individually, and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAT TUMILTY, an Illinois individual,<br><br>Defendant. | Case No.: 1:22-cv-04236 |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Defendant Pat Tumilty ("Defendant"), by and through counsel, respectfully requests leave to file a sur-reply in further opposition to Plaintiff's motion for class certification. In support of this Motion, Defendant states as follows:

1. This a proposed class action alleging violations of the Telephone Consumer Protection Act ("TCPA").

2. On September 1, 2023, Plaintiff filed his 12-page motion for class certification, and supporting materials. (Dkt. 29.)

3. At the time of the filing of the class certification motion, Plaintiff was aware—based upon the expert report submitted by Defendant and from Defendant's discovery responses—that Defendant would raise a number of arguments in opposition to class certification. For example, Defendant's expert report and discovery responses noted that Plaintiff's proposed class claims raised significant individualized issues regarding whether the putative class members consented to the calls/texts at issue. The expert report submitted by Defendant also noted that an individualized inquiry would be required to determine whether each call/text recipient was the subscriber who registered the number with the National Do-Not-Call Registry ("NDNCR").

4. Despite being aware of the importance of such issues, Plaintiff failed to address them in his relatively short class certification motion.

5. On October 20, 2023, Defendant filed his opposition to Plaintiff's class certification motion ("Opposition"). (Dkt. 35.) The Opposition presented the arguments that were reflected in the expert report and discovery responses previously provided to Plaintiff by Defendant.

6. On November 8, 2023, Plaintiff filed a 10-page Reply in further support of his class certification motion ("Reply"). (Dkt. 38.)

7. Plaintiff's Reply raises arguments that Defendant had no opportunity to address in his Opposition. For example, Plaintiff argues for the first time that Defendant is required to prove at the class certification stage the merits of his consent defense and should be barred from submitting further evidence of consent if a class is certified. Plaintiff also raises new challenges to Defendant's assertion that the putative class claims present individualized issues regarding whether an Established Business Relationship ("EBR") was present, and whether the putative class member was the subscriber who registered the number with the NDNCR.

8. In his Reply, Plaintiff relies upon new case law and regulations that he did not cite in his initial motion. Of the 22 cases cited in the Reply, only 3 were cited in the initial motion, and none were cited in Tumilty's Opposition.

9. As a matter of fairness to Defendant, and to ensure that the Court's class certification ruling is informed by a thorough discussion of the relevant issues, Defendant respectfully requests that the Court grant Defendant leave to file the short proposed sur-reply that is attached hereto as Exhibit A.

10. Counsel for Defendant inquired to Plaintiff's counsel whether Plaintiff would oppose this motion. Plaintiff's counsel had not yet responded by the time of this filing. c

WHEREFORE, Defendant respectfully requests that the Court grant this Motion for leave to file a sur-reply in opposition to Plaintiff's motion for class certification.

Dated: November 22, 2023

                                            Respectfully submitted,

                                            /s/ *James P. Gaughan*
                                            James P. Gaughan
                                            RILEY SAFER HOLMES & CANCILA LLP
                                            70 West Madison Street, Suite 2900
                                            Chicago, IL 60602
                                            T: 312.471.8700
                                            F: 312.471.8701

                                            *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I electronically filed the foregoing document via the Court's CM/ECF system, which will serve notice on all counsel of record.

/s/ *James P. Gaughan*
James P. Gaughan
